Case 1:24-cv-00356-DCN   Document 1-1   Filed 08/08/24   Page 1 of 2

U.S. COURTS
AUG 08 2024
Rcvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

21cv47

exhibit list

Exhibit 1: Change of Plea - March 19th, 2024 3:21-cr-00004-TCB-RGV-1
Exhibit 2: Deposition of Stephen O'Meara September 8th, 2023 1:21-cv-00047-BLW
Exhibit 3: Deposition of Ryan Stephen Pacheco August 21st, 2023 1:21-cv-00047-BLW
Exhibit 4: Day 1 Suppression Hearing September 1st, 2022 3:21-cr-00004-TCB-RGV-1
Exhibit 5: Defendant Roderick Coffins Responses 1st RFP and ROGS Interrogatory Answers.  August 17th, 2023
Exhibit 6: Subject Interview: Robert Purbeck Detective Ryan Pacheco

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of August, 2024, I served the foregoing IN RE: ROBERT PURBECK'S PETITION FOR A WRIT OF MANDAMUS TO CURE BRADY VIOLATION AND CONTEMPT OF DUE PROCESS PROTECTIONS ACT ORDER

in the manner indicated as follows:

James P. Schaefer
Assistant United States Attorney   United States Attorney's Office   1290 West Myrtle Street, Suite 500   Boise, ID 83702
james.schaefer@usdoj.gov
\_\_\_\_ Hand Delivery  __x__ U.S. Mail  \_\_\_\_ Electronic Mail  \_\_\_\_ Facsimile

Darci Ward Crane
Assistant United States Attorney   United States Attorney's Office   1290 West Myrtle Street, Suite 500   Boise, ID 83702
darci.crane@usdoj.gov

\_\_\_\_ Hand Delivery  __x__ U.S. Mail  \_\_\_ Electronic Mail  \_\_\_\_ Facsimile

**Dayton Reed**
**Deputy Prosecuting Attorney, Civil Division**
**Ada County Prosecuting Attorney's Office**
**200 W Front Street**
**Boise, ID 83702**
dreed@adacounty.id.gov

\_\_\_\_ Hand Delivery
__x__ U.S. Mail
\_\_\_\_ Electronic Mail
\_\_\_\_ Facsimile

/s Robert Purbeck

Robert Purbeck

IN RE: ROBERT PURBECK'S PETITION FOR A WRIT OF MANDAMUS TO CURE BRADY VIOLATION AND CONTEMPT OF DUE PROCESS PROTECTIONS ACT ORDER - 1